**Sean Kendall**
Attorney at Law

January 14, 2015

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
ATTN: VALERIE WHITE
717 MADISON PLACE, N.W.
WASHINGTON D.C. 20439
Sent by FAX: (202) 275-9678

**RE:  Attorney Representation**
C 559 80 3781
MITCHELL, Fred

Dear RO:

Please note that I am not representing Mr. Fred Mitchell before the Federal Circuit in case number 2015-7032 and am no longer his legal representative on any matter. Mr. Mitchell's current contact information is as follows:

Fred Alvin Mitchell
4517 Denver Ave.
Klamath Falls OR 97603
(541) 882-3070

Thank you for your attention to this matter.

Sincerely

Sean Kendall
Power of Attorney #215
VA Accreditation #8913

cc: Mr. Mitchell
SK/ap